UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 25-25548-CIV-MORENO

DOMINGO BATEN PASTOR,

      Petitioner,

vs.

CHARLES PARRA, in his official capacity as
Assistant Field Office Director, Krome North
Service Processing Center;
GARRET RIPA, in his official capacity as
Miami Field Office Director, Immigration and
Customs Enforcement's Enforcement and
Removal Operations;
TODD LYONS, in his official capacity as
Acting Director of Immigration and Customs
Enforcement;
KRISTI NOEM, in her official capacity as
Secretary of the Department of Homeland
Security; and
PAMELA BONDI, in her official capacity as
Attorney General;
EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW,

      Defendants.

_____/

### FINAL ORDER OF DISMISSAL AND ORDER
### DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Petitioner's Unopposed Motion for Voluntary

Dismissal **(D.E. 15)**, filed on **April 3, 2026**.

THE COURT has considered the notice and the pertinent portions of the record, and is

otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A).  Further, all pending motions are **DENIED** as **MOOT** with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of April 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

2